In re:  Case No. 22-20292-kl
Catherine Ann Tarena  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0755-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2022 | Form ID: pdf004 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine Ann Tarena, 8801 Buckridge Trail, Cedar Lake, IN 46303-8642 |
| aty | + | Amy J Godshalk, 401 W. 84th Drive, Suite C, Merrillville, IN 46410-6247 |
| cr | + | MidFirst Bank, c/o Doyle & Foutty, P.C., 41 E. Washington St, Suite 400, Indianapolis, IN 46204-3517 |
| 15372007 | + | CATHERINE TARENA, 8801 BUCKRIDGE TRAIL, CEDAR LAKE, IN. 46303-8642 |
| 15372006 | + | CHAPTER 13 TRUSTEE, USBC, 5400 Federal Plaza, Hammond. IN 46320-1840 |
| 15372009 | + | Midland Mortgage, do Doyle & Foutty, P.C., 41 East Washington Street, Suite 400, Indianapolis, IN 46204-3517 |
| 15411905 | + | Sovereign Lending Group, FCI Lender Services, Inc, PO Box 28720, Anaheim, CA 92809-0157 |
| 15381517 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: INDWDBankruptcy@dwd.IN.gov | Jun 10 2022 00:17:00 | Indiana Employment Security Division, 10 North Senate Street, Indianapolis, IN 46204 |
| 15408129 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 10 2022 00:29:08 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15407908 | | Email/PDF: rmscedi@recoverycorp.com | Jun 10 2022 00:29:10 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15389015 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2022 00:28:56 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15382219 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 10 2022 00:28:57 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15371988 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jun 10 2022 00:18:00 | Indiana Department of Revenue, Bankruptcy Section, 100 North Senate Avenue, N240, Indianapolis IN 46204 |
| 15371986 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2022 00:17:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15399123 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 10 2022 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15378055 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 10 2022 00:17:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15371987 | | Email/Text: LCTreasBankruptcy@lakecountyin.org | Jun 10 2022 00:17:00 | Lake County Treasurer, Attention: Bankruptcy Clerk, 2293 North Main Street, Crown Point IN 46307 |
| 15409311 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 00:29:10 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 15398557 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 10 2022 00:28:53 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 15376564 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 10 2022 00:17:00 | Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2037, Warren, MI 48090-2037 |
| 15372008 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 10 2022 00:28:53 | Midland Mortgage, P.O. Box 268888, Oklahoma City, OK 73126-8888 |
| 15381507 | ^ | MEBN | Jun 10 2022 00:13:56 | NCB Management Services Inc., One Allied Drive, Trevose PA 19053-6945 |
| 15407262 | | Email/Text: bankruptcy@springoakscapital.com | Jun 10 2022 00:17:00 | Spring Oaks Capital SPV, LLC, P O Box 1216, Chesapeake, VA. 23327-1216 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank, c/o AIS Portfolio Services, LP |
| cr | | Sovereign Lending Group |
| cr | | The Bureaus, Inc., c/o PRA Receivables Management, LLC |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy Godshalk | on behalf of Trustee Paul R. Chael amy@pchael13.com |
| Molly Slutsky Simons | on behalf of Creditor Sovereign Lending Group bankruptcy@sottileandbarile.com |
| Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |
| Paul R. Chael | aimee@pchael13.com  pchael13@ecf.epiqsystems.com;wjoyce@pchael13.com;smichelle@pchael13.com |
| S. Brent Potter | on behalf of Creditor MidFirst Bank bankruptcy@doylefoutty.com |

TOTAL: 5

| | |
|---|---|
| IN RE: ) | |
| CATHERINE ANN TARENA ) | |
| ) | BANKRUPTCY NO. 22-20292 |
| ) | |
| Debtor ) | |

## ORDER OF DISMISSAL

The Court on May 4, 2022, entered an Order on a Motion to Dismiss (or convert) this case, requiring the Chapter 13 Debtor to file a Chapter 13 Plan and all Schedules on or before May 24, 2022, and upon failure of the Debtor to do so the Court could dismiss or convert this case without further notice and hearing.

Trustee files affidavit of default on May 31, 2022 that Debtor failed to comply with said Order. The Court having examined the record finds that the Debtor has failed to comply with said Order. The Court further finds that this case should be dismissed without further notice and hearing pursuant to the terms and conditions of said Order. It is therefore,

**ORDERED** that the petition of the Debtor should be, and is hereby **DISMISSED** pursuant to §1307. And it is further,

**ORDERED:**

1. That if the Plan of the Debtor is not confirmed, the Trustee and all parties in interest are hereby allowed leave of Court of twenty (20) days from the date of this Order to apply to this Court pursuant to §503(b) for any actual and necessary expenses of administration pursuant to §1326(a)(2). If the Plan of the Debtor has been confirmed the Trustee shall distribute any payment by Debtor in accordance with the Plan pursuant to §1326(a)(2).

2. That the Trustee is directed to file his final report and final account pursuant to Fed. R. Bk. P. 5009(a). Upon receipt of the final report and after (a) the expiration of the 30-day objection to final report deadline or (b) the entry of an order resolving any timely objection to the final report, whichever is longer, the trustee will be discharged and relieved of his trust and the surety on the trustee's bond will be released from further liability thereunder in this estate, except any liability which may have accrued during the time the bond was in effect as to

this estate, without further notice, hearing, or order.

3. Any wage deduction order which may be in force is terminated, effective with the date of this order. It is the debtor's responsibility to notify the employer that the wage deduction order is terminated.

4. That the case shall be terminated and closed after completion of the foregoing.

Dated: June 9, 2022

_____
JUDGE, U.S. BANKRUPTCY COURT

<u>Distribution:</u>
Debtor, Attorney for Debtor
Trustee, U.S. Trustee
All Creditors